# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** II   **Investigating Agency** FBI

**City** Chelsea

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. ____  Case No. ____
Same Defendant ____  New Defendant ____
Magistrate Judge Case Number  23-mj-1353-DLC
Search Warrant Case Number ____
R 20/R 40 from District of ____

## Defendant Information:

**Defendant Name**  Michael Williams   **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name** ____

**Address**  (City & State) 32 Anesse Road, Chelsea, MA

**Birth date (Yr only):** 1973   **SSN (last4#):** 1487   **Sex** M   **Race:** ____   **Nationality:** ____

**Defense Counsel if known:** ____   **Address** ____

**Bar Number** ____

## U.S. Attorney Information:

**AUSA** John T. Dawley, Jr.   **Bar Number if applicable** 683662

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: ____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date**  07/27/2023

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____  on ____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 07/26/2023   **Signature of AUSA:** /s/ John T. Dawley, Jr.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Williams

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(o) | Transferring or possessing a machinegun | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____