UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL WILLIAMS,<br><br>Defendant | Criminal No. 23cr10231<br><br>Violations:<br><br>Counts One, Two: Transfer and Possession of a Machinegun<br>(18 U.S.C. § 922(o))<br><br>Count Three: Felon in Possession of Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Transfer and Possession of a Machinegun
(18 U.S.C. § 922(o))

The Grand Jury charges:

On or about January 12, 2023, in Chelsea, in the District of Massachusetts, and elsewhere, the defendant,

MICHAEL WILLIAMS,

did knowingly transfer and possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), that is, a machinegun conversion device, a part designed and intended solely and exclusively, and combination of parts designed and intended, for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

<u>COUNT TWO</u>
Transfer and Possession of a Machinegun
(18 U.S.C. § 922(o))

The Grand Jury further charges:

On or about January 13, 2023, in Chelsea, in the District of Massachusetts, and elsewhere, the defendant,

MICHAEL WILLIAMS,

did knowingly transfer and possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), that is, machinegun conversion devices, parts designed and intended solely and exclusively, and combinations of parts designed and intended, for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

<u>COUNT THREE</u>
Felon in Possession of Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about January 12, 2023, in Chelsea, in the District of Massachusetts, the defendant,

MICHAEL WILLIAMS,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is, fifty-four rounds of 9mm caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 922, set forth in Counts One through Three of this Indictment, the defendant,

### MICHAEL WILLIAMS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

   a. three machinegun conversion devices capable of converting a weapon into a machinegun;

   b. fifty-four rounds of 9mm caliber ammunition;

   c. four firearm magazines; and

   d. additional firearm-related accessories, including one picatinny rail and one firearm spring.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), Title 26 and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, Title 26 and Title 28, United States Code, Section 2461.

A TRUE BILL

*Michelle Gorden*
FOREPERSON

_____
JOHN T. DAWLEY, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: AUGUST __, 2023
Returned into the District Court by the Grand Jurors and filed.

_____   08/23/2023
DEPUTY CLERK