# Criminal Case Cover Sheet   U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Chelsea     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  23-mj-1353-DLC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Michael Williams     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) 32 Anesse Road, Chelsea, MA

Birth date (Yr only): 1973   SSN (last4#): 1487   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** Forest O'Neill-Greenberg, Esq.   Address: Boston Federal Defender Office

**Bar Number:** _____     51 Sleeper Street, 5th Fl, Boston, MA 02210

**U.S. Attorney Information:**

AUSA: John T. Dawley, Jr.     Bar Number if applicable: 683662

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date:** 07/27/2023

☑ Already in Federal Custody as of  07/27/2023  in  Wyatt  .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/23/2023     Signature of AUSA: /s/ John T. Dawley, Jr.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Michael Williams _____

| Set | Index Key/Code | U.S.C. Citations / Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(o) | Transferring or possessing a machinegun | 1 |
| Set 2 | 18 U.S.C. § 922(o) | Transferring or possessing a machinegun | 2 |
| Set 3 | 18 U.S.C. § 922(g)(1) | Prohibited person in possession of ammunition | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

_____

_____